UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   Case No. 6:06-cr-130-Orl-22KRS

THOMAS CUFF

**GOVERNMENT'S NOTICE OF POSSIBLE CONFLICT OF INTEREST**

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals:   None.

Dated:  July 31, 2006

Respectfully submitted,

PAUL I. PEREZ
United States Attorney

By:   *s/ Carlos A. Perez-Irizarry*
Carlos A. Perez-Irizarry
Assistant United States Attorney
Florida Bar No. 0861251
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:   carlos.perez5@usdoj.gov