| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 6:06-CR-130-ORL-22KRS |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:10-00122-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Thomas Cuff<br>300 1ˢᵗ Avenue<br>Murfreesboro, TN 37130 | Middle District of Florida | Orlando |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Anne C. Conway | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/24/08 — TO 12/23/11 |

| OFFENSE |
|---|
| Interstate Transportation of Stolen Property, 18 U.S.C. § 2314 |

FILED 2010 MAY 17 PM 3:35 US DISTRICT COURT MIDDLE DISTRICT OF FL

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Florida__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the __Middle District of Tennesse__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

3/19/10 — Date

*Anne C. Conway*, Chief United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Tennessee__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/7/10 — Effective Date

United States District Judge